UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>LYNDA WALLEY and STEVE WALLEY,<br><br>　　　　　　　　　Defendants. | NO:  CV-12-438-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80166-PCW11<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

**BEFORE THE COURT** is Plaintiff's Notice of Voluntary Dismissal, ECF No. 24.  An objection deadline was set for March 20, 2014, and no objection has been filed.  The Court has reviewed the Notice and the file and finds good cause to

ORDER DISMISSING CASE WITHOUT PREJUDICE ~ 1

dismiss Lynda Walley and Steve Walley without prejudice as defendants in the case. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Voluntary Dismissal, **ECF No. 24**, is **APPROVED**.

2. Linda Walley and Steve Walley are dismissed, **without prejudice**, as defendants in this matter.

The District Court Clerk is directed to enter this Order and provide copies to counsel and to pro se defendants, and **close this case**.

**DATED** this 31st day of March 2014.

                                *s/ Rosanna Malouf Peterson*
                                ROSANNA MALOUF PETERSON
                           Chief United States District Court Judge